1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12 | UNITED STATES OF AMERICA,                 )        No. CR-11-0312 SBA
                                                       )
13 |            Plaintiff,                              )        ORDER TO CONTINUE STATUS
                                                       )        CONFERENCE AND EXCLUDE TIME
14 | v.                                                 )        UNDER THE SPEEDY TRIAL ACT
                                                       )
15 | ARTEM MARTINOV, et al.,                    )
                                                       )
16 |            Defendants.                             )
                                                       )
17 |                                                    )
                                                       )
18 | _____)

19

20        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this

21 matter now scheduled for September 13, 2011 is hereby rescheduled for October 11, 2011 at

22 10:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also

23 finds that failing to exclude the time between September 13, 2011 and October 11, 2011 would

24 unreasonably deny the government and the defense the reasonable time necessary for effective

25 preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

26 The Court further finds that the ends of justice served by excluding the time between September

27 13, 2011 and October 11, 2011 from computation under the Speedy Trial Act outweigh the best

28 interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the

STIP. REQ. TO CONT. STATUS CONF. & TO EXCLUDE TIME
No. CR-11-0312 SBA

1  time between September 13, 2011 and October 11, 2011 shall be excluded from computation

2  under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3

4

5  DATED:_9/6/11                              _Saundra B Armstrong_____

6                                             HON.  SAUNDRA BROWN ARMSTRONG
                                               United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONT. STATUS CONF. & TO EXCLUDE TIME
No. CR-11-0312 SBA