1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES, | Case No.: CR 11-312-1 SBA |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE MOTION HEARING AND STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV** |
| ARTEM MARTINOV, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for July 3, 2012, is hereby rescheduled for July 10, 2012 at 11:00 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between July 3 and July 10, 2012, shall be excluded from calculations under the Speedy Trial Act.  This delay has resulted from Mr. Martinov's filing of a pretrial motion.  *See* 18 U.S.C. § 3161(h)(1)(D). Additionally, the interests of justice in allowing for continuity of defense counsel outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

Dated:  May _24, 2012

_____
HON. SAUNDRA B. ARMSTRONG
United States District Court Judge