MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>    v. </br></br>ARTEM MARTINOV, </br></br>    Defendant. | No. CR 11-0312 SBA </br></br>**STIPULATION AND [PROPOSED] ORDER TO SET STATUS HEARING AND TO EXCLUDE TIME FROM JULY 16, 2012 TO SEPTEMBER 5, 2012** |

    The defendant, Artem Martinov, withdrew a previously pending motion that had been set for oral argument before the district court, which then took the motion hearing set for July 11, 2012 off calendar. The district court previously ordered that any future status conference in this case be held before the duty magistrate judge. Three defendants, including Martinov, are charged in a four-count indictment concerning allegations of mortgage fraud in this case. One co-defendant has pled guilty, and the other co-defendant is scheduled for a change of plea before the district court on August 21, 2012. Defendant Martinov currently has no dates scheduled in this case. The government continues to investigate the case, and anticipates providing additional material to the defense. In addition, the defense continues to investigate the charges in this case,

ORDER SETTING STATUS HEARING AND EXCLUDING TIME
CR 11-0312 SBA

and anticipates providing some discovery to the government. In addition, government counsel will be out of the office one week in July and one week in August. In light of the above, and in order to allow the parties time to obtain and exchange additional discovery, with the agreement of counsel for both parties and defendant Martinov, the parties now stipulate and ask the Court to find and hold as follows:

1. This matter shall be set for a status hearing before the duty magistrate on September 5, 2012 at 9:30 a.m.

2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 16, 2012 to September 5, 2012. Failure to grant the requested continuance would unreasonably deny defense and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review discovery and conduct investigation, as well as provide discovery to the other side.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 16, 2012 to September 5, 2012, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from July 16, 2012 to September 5, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 16, 2012        /s/
                            THOMAS NOLAN
                            Counsel for Artem Martinov

DATED: July 16, 2012        /s/
                            BRIAN C. LEWIS
                            Assistant United States Attorney

IT IS SO ORDERED.

DATED: 07/16/12             DONNA M. RYU
                            United States Magistrate Judge

ORDER SETTING STATUS HEARING AND EXCLUDING TIME
CR 11-0312 SBA                            -2-