Thomas J. Nolan, SBN 48413
Shira Kieval, SBN 269409
NOLAN, ARMSTRONG & BARTON LLP
600 University Avenue
Palo Alto, California 94310
650/326-2980 – Telephone
650/326-9704 – Facsimile
tnolan@nablaw.com

Attorneys for Defendant Artem Martinov

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br> vs.<br><br>ARTEM MARTINOV,<br><br>   Defendant. | Case No.: CR 11-312-1 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV**<br><br>Before the Honorable Magistrate Donna M. Ryu |

IT IS HEREBY STIPULATED AND AGREED between the prosecution through its attorney, Assistant United States Attorney Brian Lewis, and defendant Artem Martinov through undersigned counsel, that the status conference, presently set for September 5, 2012, be continued to September 25, 2012, at 9:30 a.m.

The reason for the request for continuance is that Mr. Martinov's attorney, Thomas Nolan, must be present at a discovery hearing in another case. The magistrate in that case, *USA v. Wang*, 11-CR-00686, changed the time of that hearing from 1:30 pm to 10:00 am. Because that hearing is in San Francisco, Mr. Nolan cannot attend both the status conference in this matter, in Oakland, and the discovery hearing in the *Wang* matter, in San Francisco. Additionally, because the magistrate in that case typically sits in Eureka, it will be difficult to reschedule that hearing in a timely manner.

The parties agree that the time between August 29, 2012 and September 25, 2012 should be excluded from calculations under the Speedy Trial Act, which Act excludes delay when the interests of justice in allowing for continuity of defense counsel outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED:

Dated: August 29, 2012                             NOLAN, ARMSTRONG & BARTON LLP

/s/
_____
THOMAS J. NOLAN
Attorney for Defendant Artem Martinov

Dated: August 29, 2012

/s/
_____
BRIAN LEWIS
Assistant United States Attorney

**ATTESTATION PER GENERAL ORDER 45**

I, Thomas J. Nolan, am the ECF User whose ID and password being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Assistant U.S. Attorney Brian Lewis has concurred with this filing.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ARTEM MARTINOV,<br><br>　　　　　Defendant. | Case No.: CR 11-312-1 SBA<br><br>[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV |

　　　GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for September 5, 2012, is hereby rescheduled for September 25, 2012 at 9:30 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between August 29, 2012 and September 25, 2012, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for continuity of defense counsel outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

Dated:  August  31  , 2012

_____
HON. DONNA M. RYU
United States Magistrate Judge