Thomas J. Nolan, SBN 48413
Shira Kieval, SBN 269409
NOLAN, ARMSTRONG & BARTON LLP
600 University Avenue
Palo Alto, California 94310
650/326-2980 – Telephone
650/326-9704 – Facsimile
tnolan@nablaw.com

Attorneys for Defendant Artem Martinov

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ARTEM MARTINOV,<br><br>                    Defendant. | Case No.: CR 11-312-1 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE COMPLIANCE HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV**<br><br>Before the Honorable Magistrate Kandis Westmore |

IT IS HEREBY STIPULATED AND AGREED between the prosecution through its attorney, Assistant United States Attorney Brian Lewis, defendant Artem Martinov through undersigned counsel, and counsel for Sun Trust Mortgage, through its attorney Benjamin D. Spohn, that the compliance hearing, presently set for January 10, 2013, be continued to January 17, 2013, at 9:30 a.m.

The reason for the request for continuance is that Mr. Martinov's attorney, Thomas Nolan, must be present at a motions hearing in another case. That case, *USA v. Dennis Collins, et al*, 11-CR-00471, is a multi-defendant case which involves coordinating the schedules of many attorneys. Mr. Nolan cannot attend both the compliance hearing in this matter, in Oakland, and the motions hearing in the *Collins* matter, in San Jose. Additionally, because there are many defendants in that case,

counsel will have a difficult time having the motions hearing in that case rescheduled. January 10, 2013 is also the day on which a third-party in the *Collins* matter is to produce documents responsive to a subpoena issued in that matter. Defense counsel anticipates that counsel for the third-party whose documents were subpoenaed will be present in court on January 10, 2013 to ask for a protective order. Counsel must be present in court should that occur.

The parties agree that the time between January 10, 2013 and January 17, 2013 should be excluded from calculations under the Speedy Trial Act, which Act excludes delay when the interests of justice in allowing for continuity of defense counsel outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED:

Dated: December 26, 2013                                  NOLAN, ARMSTRONG & BARTON LLP

                                                          /s/
                                                          _____
                                                          THOMAS J. NOLAN
                                                          Attorney for Defendant Artem Martinov

Dated: December 26, 2013
                                                          /s/
                                                          _____
                                                          BRIAN LEWIS
                                                          Assistant United States Attorney

Dated: December 26, 2013
                                                          /s/
                                                          _____
                                                          BENJAMIN SPOHN
                                                          Attorney for third-party SunTrust mortgage

## ATTESTATION PER GENERAL ORDER 45

I, Thomas J. Nolan, am the ECF User whose ID and password being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Assistant U.S. Attorney Brian Lewis and attorney for third-party SunTrust Mortgage have concurred with this filing.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ARTEM MARTINOV,<br><br>　　　　　　Defendant. | Case No.: CR 11-312-1 SBA<br><br>**[PROPOSED] ORDER TO CONTINUE COMPLIANCE HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV** |

　　　GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the compliance hearing in this matter now scheduled for January 10, 2013, is hereby rescheduled for January 17, 2013 at 9:30 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between January 10, 2013 and January 17, 2013, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for continuity of defense counsel outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

Dated: ~~December_____, 2012~~ January 4, 2013

　　　　　　　　　　　　　　　　　　　/s/ Kandis Westmore
　　　　　　　　　　　　　　　　　　　HON. KANDIS WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge