

Thomas J. Nolan, SBN 48413
Shira Kieval, SBN 269409
NOLAN, ARMSTRONG & BARTON LLP
600 University Avenue
Palo Alto, California 94310
650/326-2980 – Telephone
650/326-9704 – Facsimile
tnolan@nablaw.com

Attorneys for Defendant Artem Martinov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> ARTEM MARTINOV, <br><br> Defendant. | Case No.: CR 11-312-1 SBA <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV <br><br> Before the Honorable Magistrate Donna M. Ryu |

IT IS HEREBY STIPULATED AND AGREED between the prosecution through its attorney, Assistant United States Attorney Brian Lewis, and defendant Artem Martinov through undersigned counsel, that the status conference, presently set for February 5, 2013, be continued to March 19, 2013, at 9:30 a.m. The reason for the request for continuance is that Mr. Martinov's attorney, Thomas Nolan, is actively engaged in gathering third-party discovery in this matter.

Mr. Nolan applied to the Court for permission to serve a subpoena duces tecum on SunTrust Mortgage at the end of March 2012. Permission was granted in late July 2012, at which time the subpoena was served. SunTrust Mortgage moved to quash the subpoena, which motion was denied. (*See* Dkt. 73) SunTrust Mortgage then provided some documents to Mr. Martinov in late October.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE – *United States v. Martinov*, CR 11-312-1 SBA

It is Mr. Martinov's position that these documents were not responsive to the subpoena, and he filed a motion to compel and for an order to show cause. On December 17, the Honorable Magistrate Judge Kandis Westmore granted the motion to compel. A compliance hearing was held on January 17, 2013. On January 31, 2013, Judge Westmore ordered supplemental briefing regarding the discovery dispute. This supplemental briefing is due to be completed on February 28, 2013. No additional hearing date has been scheduled.

Following the January 17 compliance hearing, Mr. Nolan applied to the Court for permission to serve a second subpoena duces tecum on SunTrust Mortgage. Permission was granted on January 31, 2013. The compliance date for this subpoena is March 7, 2013.

A second subpoena duces tecum to a different mortgage company – IndyMac – is currently outstanding. Upon IndyMac's request, Mr. Nolan granted IndyMac an extension of the compliance deadline for this subpoena until January 31, 2013.[1] Mr. Nolan has received notice from IndyMac that IndyMac mailed its responsive documents on Thursday, January 31, by two-day air. Mr. Nolan expects to receive the documents by Monday, February 4.

The parties agree that the time between February 5, 2013, and March 19, 2013, should be excluded from calculations under the Speedy Trial Act, which Act excludes delay when the interests of justice in allowing for the effective preparation of defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

//

//

---

[1] The original return date on the original IndyMac subpoena was November 9, 2012. However, because IndyMac is in receivership, Mr. Nolan was required to apply for a new subpoena in order to serve the FDIC rather than servicing IndyMac directly. The original return date on the new subpoena was December 3, 2012. As discussed above, Mr. Nolan granted IndyMac an extension of that deadline until January 31, 2013.

IT IS SO STIPULATED:

Dated: February 1, 2013                    NOLAN, ARMSTRONG & BARTON LLP

                                           /s/
                                           ―――――――――――――――――――――
                                           THOMAS J. NOLAN
                                           Attorney for Defendant Artem Martinov

Dated: February 1, 2013

                                           /s/
                                           ―――――――――――――――――――――
                                           BRIAN LEWIS
                                           Assistant United States Attorney

## ATTESTATION PER CIV. L.R. 5-1(i)(3)

I, Shira Kieval, have permission from ECF User Thomas J. Nolan to use the ID and password being used to file this Stipulation. In compliance Civ. L.R. 5-1(i)(3), I hereby attest that Brian Lewis has concurred with this filing.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>vs.<br><br>ARTEM MARTINOV,<br><br>            Defendant. | Case No.: CR 11-312-1 SBA<br><br>[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV |

      GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for February 5, 2013, is hereby rescheduled for March 19, 2013 at 9:30 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that the time between February 5, 2013, and March 19, 2013, shall be excluded from calculations under the Speedy Trial Act. The interests of justice in allowing for the effective preparation of defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

Dated: February 4, 2013

                                                      HON. DONNA M. RYU<br>                                                      United States Magistrate Judge