1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (CABN 412811)
   Chief, Criminal Division
4  BRIAN C. LEWIS  (DCBN 476851)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail: brian.lewis@usdoj.gov
8
9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,          )   No. CR 11-0312 SBA
                                       )
15       Plaintiff,                    )
                                       )   **STIPULATION AND** [PROPOSED]
16   v.                                )   **ORDER TO CONTINUE STATUS**
                                       )   **HEARING FOR DEFENDANT**
17  ARTEM MARTINOV,                    )   **MARTINOV AND TO EXCLUDE TIME**
                                       )   **FROM JULY 16, 2013 TO OCTOBER**
18       Defendant.                    )   **15, 2012**
                                       )
19                                     )
    _____)
20

21       Defendant Artem Martinov is scheduled for a status hearing before this Court on July 16,

22  2013.  Defendant's counsel has been engaged in significant third-party discovery from financial

23  institutions and continues its investigation of this case.  Relatedly, defendant's counsel has

24  produced some discovery, and intends to produce additional discovery, to the United States

25  regarding the case.  This discovery pertains to real estate transactions and will be voluminous and

26  require time for analysis, as well as follow up investigation.  In order to allow defendant's

27  counsel time to gather and produce this discovery and to provide the United States time to

28  evaluate that discovery and conduct additional investigation, the undersigned parties now

ORDER CONTINUING HR'G FOR DEF. MARTINOV AND EXCLUDING TIME
CR 11-0312 SBA

1  stipulate and ask the Court to find and hold as follows:

2      1. The hearing set for July 16, 2013, is rescheduled to October 15, 2013, at 9:30 a.m for a

3  status hearing.

4      2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

5  § 3161, from July 16, 2013, to October 15, 2013.  Failure to grant the requested continuance

6  would unreasonably deny defense counsel reasonable time necessary for effective preparation,

7  taking into account the exercise of due diligence and the need for defense counsel to continue to

8  review discovery with the defendant, and would deny the government continuity of counsel.

9      3. Given these circumstances, the Court finds that the ends of justice served by excluding

10 the period from July 16, 2013, to October 15, 2013, outweigh the best interest of the public and

11 the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C.

12 § 3161(h)(7)(A).

13     4. Accordingly, and with the consent of the defendant, the Court orders that the period

14 from July 16, 2013, to October 15, 2013, be excluded from Speedy Trial Act calculations under

15 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

16     IT IS SO STIPULATED.

18 DATED: July 10, 2013      /s/
    THOMAS NOLAN
19     Counsel for Artem Marinov

21 DATED: July 10, 2013      /s/
    BRIAN C. LEWIS
22     Assistant United States Attorney

24     IT IS SO ORDERED.

26 DATED: 7/15/13      *Kandis Westmore*
    KANDIS A. WESTMORE
27     United States Magistrate Judge

ORDER CONTINUING HR'G FOR DEF. MARTINOV AND EXCLUDING TIME
CR 11-0312 SBA     -2-