MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0312 SBA |
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE HEARING AND EXCLUDE TIME** |
| v. | |
| ARTEM MARTINOV, | |
| Defendant. | |

    The parties are scheduled to appear before the duty magistrate judge on February 11, 2014, for a status hearing. In the interest of reaching a resolution to this case short of trial, the defendant has produced documents to the government that are relevant to the case. Government counsel has begun reviewing the documents, but needs additional time to complete the review and conduct follow-up investigation. Accordingly, with the agreement of counsel for the parties and the defendant, the Court found and held as follows:

    1.    The status hearing is continued to March 25, 2014 at 9:30 a.m. before the duty magistrate.

    2.    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 11, 2014, to March 25, 2014. Failure to grant the requested continuance would

ORDER CONTINUING HEARING AND EXCLUDING TIME
CR 11-0312 SBA

1  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence and the need for defense counsel to review discovery, conduct
3  investigation, and consult with the defendant.  It would also deny the government a reasonable time for
4  effective preparation, including the time to fully review the documents provided by the defense and to
5  conduct follow-up investigation.

6      3.    Given these circumstances, the Court found that the ends of justice served by excluding
7  the period from February 11, 2014, to March 25, 2014, outweigh the best interest of the public and the
8  defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

9      4.    Accordingly, and with the consent of the defendants, the Court ordered that the period
10 from February 11, 2014, to March 25, 2014, be excluded from Speedy Trial Act calculations under 18
11 U.S.C. § 3161(h)(7)(A) & (B)(iv).

12         IT IS SO STIPULATED.

13 DATED: February 7, 2014         /s/
        DANIEL B. OLMOS
14         Counsel for Artem Martinov

16 DATED: February 7, 2014         /s/
        BRIAN C. LEWIS
17         Assistant United States Attorney

19     IT IS SO ORDERED.

21 DATED:  2/7/14
        KANDIS A. WESTMORE
22         United States Magistrate Judge

ORDER CONTINUING HEARING AND EXCLUDING TIME
CR 11-0312 SBA