UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>  v.<br><br>ARTEM MARTINOV,<br><br>            Defendant. | Case No.  11-cr-00312-SBA-1   (KAW)<br><br>**AMENDED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO COMPEL DISCOVERY**<br><br>Re: Dkt. No. 169 |

Defendant Artem Martinov filed a motion to compel discovery on April 15, 2015, seeking to obtain evidence of the Government's investigations into the lending practices of IndyMac and SunTrust Mortgage, Inc.  (Mot., Dkt. No. 169.)  The motion is currently set for hearing on May 7, 2015.

Pursuant to Criminal Local Rule 47-2(d), the Government's opposition was due on April 22, 2015.  As of the filing of this order, the Government has not filed an opposition to the motion.

Defendant has shown good cause as to why the pending motion to compel should be granted.  Defendant seeks to compel the Government to produce all evidence of IndyMac and SunTrust Mortgage, Inc.'s lending practices, "including (1) the standards they applied to reviewing and analyzing loans similar in type to those at issue in this case, (2) how those standards changed over time, and (3) whether the banks actually adhered to those standards."  (Mot. at 3.)  Defendant contends that this information must be produced pursuant to Fed. R. Crim. P. 16(a)(1)(E)(i), as evidence that is material to preparing his defense, and pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972), as evidence that may include exculpatory information.  (*Id.* at 4.)  The Court agrees.

For these reasons, and because the Government has not filed an opposition, the Court

1  grants Defendant's motion to compel.

2  THEREFORE, the Government shall produce all evidence in its possession, custody, or
3  control regarding Justice Department investigations into the lending practices of IndyMac and
4  SunTrust Mortgage, Inc., including but not limited to: the underlying documents of these
5  institutions collected by the Department of Justice, U.S. Attorney's Offices, and the FBI; and the
6  memoranda of interviews of employees and officials of these institutions that were conducted in
7  the course of the investigation, by no later than May 28, 2015.

8  IT IS SO ORDERED.

9  Dated: April 28, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge