Thomas J. Nolan, SBN 48413
Daniel Olmos, SBN 235319
NOLAN BARTON BRADFORD & OLMOS LLP
600 University Avenue
Palo Alto, California 94310
650/326-2980 – Telephone
650/326-9704 – Facsimile
tnolan@nablaw.com

Attorneys for Defendant Artem Martinov

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ARTEM MARTINOV,<br><br>　　　　　Defendant. | Case No.: CR 11-312-1 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV** |

　　　IT IS HEREBY STIPULATED AND AGREED between the government, through Assistant United States Attorney Brian Lewis, and Defendant Artem Martinov, through undersigned counsel, that the status conference presently set for September 14, 2015, be continued to December 7, 2015, at 9:30 a.m. The reason for the stipulated request for continuance is that the government has recently produced a large amount of discovery to the defense which will take additional time to review.

　　　On April 28, 2015, the Court ordered the government to produce discovery relating to its investigations into SunTrust Mortgage and IndyMac. *See* Docket No. 173. Pursuant to that court order, the government recently produced a large amount of discovery relating to SunTrust – it comprises approximately 105 GB and over 1 million pages of documents. The government has yet to produce any discovery relating to IndyMac. The parties agree that the recent discovery

production will require additional time for the defense to review, and jointly request a further status hearing on December 7, 2015.

The parties agree that the time between September 14 and December 7, 2015, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of both government and defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7).

//

IT IS SO STIPULATED:

Dated: September 10, 2015                      NOLAN BARTON BRADFORD & OLMOS LLP

                                               _____*/s/*_____
                                               DANIEL B. OLMOS
                                               Attorney for Defendant Artem Martinov

Dated: September 10, 2015

                                               _____*/s/*_____
                                               BRIAN LEWIS
                                               Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br> vs.<br><br>ARTEM MARTINOV,<br><br>    Defendant. | Case No.: CR 11-312-1 SBA<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT MARTINOV** |

  GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for September 14, 2015, at 9:30 a.m. is hereby continued to December 7, 2015, at 9:30 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between September 14 and December 7, 2015, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for the effective preparation of government and defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7).

Dated:  9/10/15

                    _____
                    HON. KANDIS A. WESTMORE
                    United States Magistrate Judge