BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ARTEM MARTINOV,<br><br>    Defendant. | CASE NO. CR 11-0312-01 SBA<br>MODIFIED<br>**STIPULATION AND [PROPOSED] ORDER TO SET CHANGE OF PLEA BEFORE THE MAGISTRATE** |

    The parties appeared before the duty magistrate judge on December 7, 2015, for a status hearing. At that hearing the parties announced that they have reached a tentative plea deal. The parties set a status date before the magistrate judge on January 25, 2016, and now request to set the case for a change of plea before the magistrate judge for the week of January 11, 2016, except for that Tuesday when the parties are not available. Accordingly, with the agreement of counsel for the parties and the defendant, the Court finds and holds as follows:

    1.    Pursuant to Criminal Local Rule 7-1(b)(14) and General Order 42, and with the consent of the Defendant and the United States, the above-captioned Defendant is referred to the Duty Magistrate Judge to conduct proceedings required by Federal Rule of Criminal Procedure 11 for entry of guilty plea to be heard on January 13, 2016, at 10:00 a.m.

ORDER SETTING CHANGE OF PLEA DATE
CR 11-0312 SBA

1      2.      The Magistrate Judge shall prepare a Report and Recommendation.

2              IT IS SO STIPULATED.

3  DATED: December 8, 2015                              /s/
                                                DANIEL OLMOS
4                                               Counsel for Artem Martinov

6  DATED: December 8, 2015                              /s/
                                                BRIAN C. LEWIS
7                                               Assistant United States Attorney

9              IT IS SO ORDERED.

11 DATED: 12/08/2015                            *Saundra B. Armstrong*
                                                SAUNDRA BROWN ARMSTRONG
12                                              United States District Judge

ORDER SETTING CHANGE OF PLEA DATE
CR 11-0312 SBA