UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR 11-312 SBA |
| Plaintiff, | **ORDER** |
| vs. | |
| ARTEM MARTINOV, MICHAEL JORDAN USUNOV, and PAUL SPENCER MACKINNON, | |
| Defendants. | |

This matter is scheduled for sentencing as to Defendants Michael Jordan Usunov and Paul Spencer MacKinnon on February 11, 2016.  Defendant Artem Martinov's sentencing is set for May 11, 2016.  In the interests of justice and judicial economy, the Court CONTINUES the sentencings of Defendants Usunov and MacKinnon to **May 11, 2016 at 10:00 a.m.**  By no later than April 27, 2016, Defendants Usunov and MacKinnon shall file supplemental sentencing memoranda that provide support for their respective sentencing recommendations, consistent with the factors set forth in 18 U.S.C. § 3553(a).  Also no later than April 27, 2016, Defendant Martinov and the Government shall file their respective sentencing memoranda in connection with his sentencing.

IT IS SO ORDERED.

Dated: 2/5/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge