UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARTEM MARTINOV,<br><br>    Defendant. | Case No: CR 11-00312-01 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING GUILTY PLEA** |

    On December 8, 2015, the Court granted the parties' stipulation to refer this matter to Magistrate Judge Donna Ryu ("the magistrate") for entry of a guilty plea. Dkt. 188. On January 13, 2016, the Defendant appeared before the magistrate, and, with the assistance of counsel, waived his right to enter a guilty plea before a district judge and instead consented to enter his plea in a hearing before the magistrate. Dkt. 190.

    The magistrate conducted a full hearing in the manner set forth in Federal Rule of Criminal Procedure 11. Dkt. 190. After receiving the advisements set forth in Rule 11, the Defendant entered a guilty plea in open court. Specifically, in accordance with the terms of a written plea agreement, the Defendant pled guilty to Count Three of the Superseding Indictment, charging him with Wire Fraud and Aiding and Abetting, in violation of 18 U.S.C. §§ 1343 and 2. Dkt. 65. The magistrate found that Defendant was fully competent and capable of entering an informed plea, that he was aware of the nature of the charge and the consequences of the guilty plea, and that the guilty plea was knowing and voluntary and supported by an independent factual basis.

1  On January 13, 2016, the magistrate issued a Report and Recommendation Regarding Guilty Plea, in which she recommends that this Court accept Defendant's guilty plea. Dkt. 193.  The Report and Recommendation advised the parties that they had fourteen days after being served with a copy of the order to serve and file specific written objections to the same.  Id.  Neither party filed a written objection.  At a hearing on May 11, 2016, the parties indicated that they have no objection to the Report and Recommendation.  At that hearing, the Court also advised Defendant of the maximum statutory penalties associated with the offense, which the Plea Agreement had misstated.  Defendant acknowledged that he understood the maximum penalties, that he wished to maintain his guilty plea, and that he had no objection to the Court's acceptance of the same.

Accordingly,

IT IS HEREBY ORDERED THAT the magistrate's Report and Recommendation (Dkt. 193) is ACCEPTED, the Defendant's guilty plea is ACCEPTED, and the magistrate's Report and Recommendation shall become the order of this Court.

IT IS SO ORDERED.

Dated:  5/11/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge